FILED
CHARLOTTE, NC
OCT 21 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) <br> ) <br> ALL FUNDS IN BANK OF AMERICA ) <br> ACCOUNT XXXXX9993, SUCH ) <br> ACCOUNT HELD IN THE NAME OF ) <br> JOANNA PATRONIS AND AN ) <br> INDIVIDUAL IDENTIFIED HEREIN AS ) <br> M.B., ) <br> ) <br> ONE 2010 TOYOTA RAV4, ) <br> VIN 2T3ZF4DV7AW035344, ) <br> ) <br> THE REAL PROPERTY AT 608 ) <br> WASHINGTON ST., CRAMERTON, ) <br> NORTH CAROLINA 28032, FURTHER ) <br> DESCRIBED AS PARCEL NUMBER ) <br> 3575-90-3449, BLK 13 L8 & P/9, AND ) <br> MORE PARTICULARLY DESCRIBED ) <br> IN A DEED RECORDED AT GASTON ) <br> COUNTY REGISTER OF DEEDS BOOK ) <br> 4501 PAGE 1311. ) <br> ) | CASE NO. 3:10mj186 <br> (3:10mc140) <br><br> ORDER SEALING AFFIDAVIT AND APPLICATIONS |

UPON MOTION of the United States of America, by and through Anne M Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit and Applications, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

**IT IS HEREBY ORDERED** that the Affidavit and Applications, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 21st day of October, 2010.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE