UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA


FILED
CHARLOTTE, NC

FEB 2 3 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF )<br><br>ALL FUNDS IN BANK OF AMERICA )<br>ACCOUNT XXXXX9993, SUCH )<br>ACCOUNT HELD IN THE NAME OF )<br>JOANNA PATRONIS AND AN )<br>INDIVIDUAL IDENTIFIED HEREIN AS )<br>M.B., )<br><br>ONE 2010 TOYOTA RAV4, VIN )<br>2T3ZF4DV7AW035344, )<br><br>THE REAL PROPERTY AT 608 )<br>WASHINGTON ST., CRAMERTON, )<br>NORTH CAROLINA 28032, FURTHER )<br>DESCRIBED AS PARCEL NUMBER )<br>3575-90-3449, BLK 13 L8 & P/9, AND )<br>MORE PARTICULARLY DESCRIBED )<br>IN A DEED RECORDED AT GASTON )<br>COUNTY REGISTER OF DEEDS BOOK )<br>4501 PAGE 1311. )<br> )<br>_____ ) | CASE NO. 3:10MJ186 |

## ORDER UNSEALING AFFIDAVIT AND APPLICATIONS

UPON MOTION of the United States of America, by and through David A. Brown, Attorney for the United States Acting Under the Authority Conferred by 28 U.S.C. § 515, for an order directing that the documents on file in this case be unsealed because the reasons for sealing no longer exist,

**IT IS HEREBY ORDERED** that the Affidavit and Applications, and the Motion to Seal

and Order to Seal, be unsealed;

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 23rd day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE